UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>        Plaintiff,<br><br>v.<br><br>430 S. Los Angeles St, LLC et al.,<br><br>        Defendants. | Case No. CV 18-06914-AB (JEMx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 14, 2019                                 

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE